```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0024--CR (JWS)
                    "USA V PETRO SNEGIREV"
                    DEF 1.1 SNEGIREV, PETRO

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/15/05
             Closed: 11/21/05
 No. of Defendants: 1
    MJ Case Number: A05-0040--MJ
                AKA: PETER
    Location status: U.S. Custody
         Trial date: 06/13/05
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Allison E. Mendel
                    Mendel & Associates
                    431 W. 7th Avenue, Suite 101
                    Anchorage, AK 99501
                    907-279-5001
                    Serve: YES
                     Type: CJA
                     Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SNEGIREV, PETRO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) & (b)(1)(B) DISTRIBUTION OF METHAMPHETAMINE (F) | Sentenced (70-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (F) | Sentenced (70-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0024--CR (JWS)
                                     "USA V PETRO SNEGIREV"

                                        For all filing dates
```

  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: 11/21/05
No. of Defendants: 1


Document #   Filed      Docket text

    1 -   1  03/15/05   [Re: DEF 1] PLF 1 Indictment.

 NOTE -   1  03/16/05   Notation: Proposed Trial Setting for Arr to USDJ.

    2 -   1  03/16/05   [Re: DEF 1] AHB Grand Jury Minutes: no bail set; set for arr & notify
                        USM & cnsl; def in custody.

    3 -   1  03/16/05   [Re: DEF 1] Documents 2 - 9 transferred from: A05-040 MJ (JDR) (dkt 8
                        located in sealed file).

    4 -   1  03/16/05   [Re: DEF 1] JDR Minute Order setting arr on Indt on 3/21/05 @ 1:30 p.m..
                        cc: USA, FPD, USM, USPO, Judge Sedwick

    5 -   1  03/21/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet and
                        confer 3/23/05; ptms due 4/11/05. cc: USA, FPD

    6 -   1  03/22/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on Indt held
                        (3/21/05); def pled not guilty to Cts 1-2 of the Indt; ptms due 4/11/05;
                        cnsl advised of trial date of 5/23/05; bail conditions remain as prev
                        set.  cc: USA, FPD, USM, USPO, USDJ

    7 -   1  03/24/05   [Re: DEF 1] JWS Minute Order re TBJ set for 5/23/05 at 9:00 a.m.; FPTC
                        set for 5/23/05 at 8:30 a.m. cc: USA, FPD, USM, USPO, JC, MJ Roberts

    8 -   1  04/01/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   8A-   1  05/02/05    [Re: DEF 1] Transcript of prel/det hrg in A05-040 MJ (JDR).

    9 -   1  05/13/05   [Re: DEF 1] PLF 1 Attorney Substitution of J. Goeke (AUSA) for S.
                        Collins.

   10 -   1  05/13/05   [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence
                        presentation system.

   11 -   1  05/16/05   [Re: DEF 1] PLF 1 Proposed Voir Dire.

   12 -   1  05/16/05   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

   13 -   1  05/16/05   [Re: DEF 1] PLF 1 Trial Memorandum.

   14 -   1  05/17/05   DEF 1 motion on shortened time to continue trial to on or after 6/13/05.

   15 -   1  05/17/05   {SEALED}

   16 -   1  05/18/05   {SEALED}

   17 -   1  05/18/05   [Re: DEF 1] JWS Minute Order that mot to continue trial @ dkt 14 is
                        denied; explanation of denial is set forth in separate ord fld under
                        seal. cc: USA, FPD

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0024--CR (JWS)
                              "USA V PETRO SNEGIREV"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 05/19/05 | [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence presentation system. |
| 19 - 1 | 05/20/05 | THIS NUMBER NOT USED. |
| 20 - 1 | 05/20/05 | DEF 1 motion on shortened time to continue trial until on or after 6/13/05 w/att aff and sealed ex parte aff. |
| 21 - 1 | 05/23/05 | [Re: DEF 1] JWS Minute Order granting mot on shortened time to continue trial until on or after 6/13/05 (20-1); 5/23/05 FPTC & TBJ reset to 6/13/05 @ 8:30 a.m. & 9:00 a.m., respectively; excludable delay found under 18 USC 3161(h)(8). cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 22 - 1 | 05/31/05 | DEF 1 motion to discharge ineffective counsel. |
| 23 - 1 | 06/01/05 | [Re: DEF 1] JDR Minute Order re ex parte hrg on def's motion to discharge ineffective cnsl (22-1) set for 6/9/05 at 11:00 a.m. cc: FPD, USM |
| 24 - 1 | 06/01/05 | {SEALED} |
| 24 - 2 | 06/01/05 | {SEALED} |
| 25 - 1 | 06/02/05 | DEF 1 Certificate of service by mail re: DEF 1 motion to discharge ineffective counsel (22-1). |
| 26 - 1 | 06/06/05 | [Re: DEF 1] PLF 1 Supplemental trial memo. |
| 27 - 1 | 06/07/05 | DEF 1 Unopposed motion on shortened time to refer the ex parte mot to w/d as cnsl of record to the district court for resolution w/att aff. |
| 28 - 1 | 06/07/05 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion (ex parte) on shortened time to w/d as cnsl of record (24-1). |
| 28 - 2 | 06/07/05 | [Re: DEF 1] PLF 1 motion for a trial setting conference. |
| 29 - 1 | 06/08/05 | [Re: DEF 1] JWS Minute Order denying motion to discharge ineffective counsel (22-1); granting motion (request) for hearing on 24-1 (24-2), granting motion unopposed motion on shortened time to refer the ex parte mot to w/d as cnsl of record to the district court for resolution (27-1); hrg before MJ Roberts on the motion at docket #22 is VACATED; a selaed ex parte hrg to consider motion at docket #24 set for 6/9/05 at 9:30 a.m. cc: FPD, MJ Roberts |
| 30 - 1 | 06/09/05 | [Re: DEF 1] JWS Order the unopposed motion to withdraw and request for appointment of substitute counsel is referred to the district court for resolution. cc: FPD |
| 31 - 1 | 06/09/05 | {SEALED} |
| 32 - 1 | 06/14/05 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston/April Karper] re FPTC / TBJ Day 1 (held 6/13/05); def oral mot opposing Det. Dorr as expert wit DENIED; Cont TBJ set for 6/14/05 at 9:00 a.m.; cc: USA, FPD, USM, USPO. |
| 33 - 1 | 06/15/05 | [Re: DEF 1] JWS Court Minutes [ECR:Elisa Singleton/Caroline Edmiston] re: TBJ/Verdict (held 06/14/05) Def found Guilty on Counts 1 & 2 of the |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0024--CR (JWS)
                                "USA V PETRO SNEGIREV"

                                     For all filing dates

Document #    Filed       Docket text
_____    _____       _____

                          Indictment; IOS set 08/26/05 at 8:30 a.m.; Def's detention continued;
                          w/att Exhibit & Witness List and orig and redacted jury notes.  CC: USA,
                          FPD, USM, USPO.

   34 -   1   06/15/05    [Re: DEF 1] Jury Instructions.

   35 -   1   06/15/05    [Re: DEF 1] Verdict; Defendant found Guilty Count 1 of the Indictment.

   36 -   1   06/15/05    [Re: DEF 1] Verdict; Defendant found Guilty of Count 2 of the
                          Indictment.

   37 -   1   06/29/05    DEF 1 motion to Proceed Petition for Writ of Habeas Corpus Pursuant to
                          28 USC 2241 through 2255 w/att petition and exhs.

   38 -   1   06/29/05    Application to proceed without prepayment of fees w/exhs.

   39 -   1   06/29/05    DEF 1 Application for Certificate of Probable Cause to Petition.

   40 -   1   06/29/05    DEF 1 motion to Proceed In Forma Pauperis w/o aff referred to in mot.

   41 -   1   06/29/05    DEF 1 motion (Request) for Appoint of Counsel.

   42 -   1   07/20/05    DEF 1 Affidavit re: DEF 1 motion to Proceed In Forma Pauperis (40-1).

   43 -   1   07/25/05    [Re: DEF 1] JWS Minute Order denying w/o prej to timely refiling after
                          judg: mot to Proceed Pet for Writ of H/C Pursuant to 28 USC 2241 (37-1),
                          mot to Proceed I/P (40-1), mot (Req) for Appoint of Cnsl (41-1); clk to
                          send AO-243, USDCA 40 & CJA 23 to DEF 1 for use after sentencing. cc:
                          USA, FPD, P. Snegirev w/AO-243, USDCA 40 & CJA 23, PSLC

   44 -   1   07/29/05    DEF 1 motion for reconsideration a hearing for writ of habeas corpus
                          w/att memo.

   45 -   1   08/02/05    DEF 1 Unopposed motion to continue sentencing w/att aff.

   46 -   1   08/04/05    [Re: DEF 1] JWS Order granting unoppo mot to continue 8/26/05 IOS
                          (45-1); IOS reset to 9/13/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO

   47 -   1   08/05/05    DEF 1 motion (application) for certificate of probable cause to appeal
                          the order denying the petition for writ of habeas corpus entered on
                          7/25/05.

   48 -   1   08/24/05    [Re: DEF 1] JWS Minute Order referring mots @ dkts 44 & 47 to Judge
                          Singleton for determination; Judge Singleton to determine whether new
                          cnsl needs to be appointed. cc: USA, FPD, P. Snegirev, USM, USPO, Judge
                          Singleton

   49 -   1   08/24/05    [Re: DEF 1] JKS Minute Order re hrg on motions (44-1) and (47-1) set for
                          9/6/05 at 1:30 p.m. cc: USA, FPD, USM, USPO, Judge Sedwick

   50 -   1   08/25/05    {SEALED}

   51 -   1   08/30/05    [Re: DEF 1] JKS Order denying motion for reconsideration a hearing for
                          writ of habeas corpus (44-1); denying motion (application) for
                          certificate of probable cause to appeal (47-1); denying motion to
                          proceed in forma pauperis on appeal; in camera hearing set before Judge
                          Singleton for 9/6/05 at 1:30 p.m. to inquire into the atty client
                          relationship. cc: USA, FPD, P. Snegirev, Appeals Clerk, Judge Sedwick
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0024--CR (JWS)
                                "USA V PETRO SNEGIREV"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 09/06/05 | {SEALED} |
| 53 - 1 | 09/06/05 | DEF 1 Unopposed motion to continue sentencing by 45 days w/att aff. |
| 54 - 1 | 09/06/05 | DEF 1 motion on shortened time for order compelling discovery w/att aff & exh. |
| 55 - 1 | 09/07/05 | [Re: DEF 1] JWS Order granting motion on shortened time for order compelling discovery (54-1). cc: USA, FPD |
| 56 - 1 | 09/07/05 | [Re: DEF 1] JWS Order granting unoppo mot to continue IOS by 45 days (53-1);  IOS reset to 11/9/05 @ 9:30 a.m.. cc: USA, FPD, USM, USPO |
| 57 - 1 | 09/07/05 | {SEALED} |
| 58 - 1 | 09/07/05 | DEF 1 motion (application) for certificate of probable cause to appeal the Order entered on 8/29/05. |
| 59 - 1 | 09/08/05 | [Re: DEF 1] JKS Order re Snegirev's mot to substitute cnsl is denied; case is now referred back to Judge Sedwick. cc: USA, FPD, P. Snegirev, Judge Sedwick |
| 60 - 1 | 09/08/05 | DEF 1 motion to amend & correct memorandum in support of motion to reconsider hearing for petition for writ of habeas corpus w/att memo. |
| 61 - 1 | 09/12/05 | [Re: DEF 1] JWS Order denying motion (application) for certificate of probable cause to appeal (58-1). cc:USA, FPD, P. Snegirev, Judge Sedwick |
| 62 - 1 | 09/19/05 | [Re: DEF 1] JWS Minute Order denying w/o prejudice motion to amend & correct (60-1); def is represented by cnsl; ck will accept no further filings by def. cc: USA, FPD, P. Snegirev |
| 63 - 1 | 09/19/05 | DEF 1 appeal to 9CCA of (51-1) filed 08/30/05 w/att exh. cc:P Snegirev, FPD, USA, Judge Sedwick, 9CCA |
| NOTE - 2 | 10/28/05 | Transmittal: Forwarded notice of appeal (63-1) to 9CCA along w/copies of dkr 37-44;47-49;51,58-62 |
| 64 - 1 | 10/28/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (63-1) cc:P. Snegirev, USA, FPD, Judge Sedwick, 9CCA (original), ECR |
| 65 - 1 | 11/02/05 | DEF 1 Sentencing Memorandum. |
| 66 - 1 | 11/02/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 67 - 1 | 11/07/05 | DEF 1 Unopposed motion on shortened time to continue sentencing. |
| 68 - 1 | 11/08/05 | [Re: DEF 1] JWS Order IOS set for 11/9/05 is reset for 11/17/05 at 8:30 a.m.  cc: AUSA, FPD, USM, USPO |
| 69 - 1 | 11/17/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held 11/17/05); sentence imposed as stated in the judgment; w/att witness and exhibit lists. |
| 70 - 1 | 11/21/05 | [Re: DEF 1] JWS Judgment found guilty on cts 1,2 of Indt (1-1); sentenced to 121 mos on each of cts 1 & 2 to be served concur; 60 mos SR consisting of 60 mos on ct 1 & 36 mos on ct 2 w/terms to be served |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0024--CR (JWS)
                              "USA V PETRO SNEGIREV"
```

|                          | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| | | concur; $200.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, Finance, FLU, MJ Roberts |
| 70A- 1 | 11/21/05 | DEF 1 motion to Proceed In Forma Pauperis. |
| 70B- 1 | 11/21/05 | DEF 1 appeal to 9CCA of (70-1) filed 11/21/05. |
| 70C- 1 | 11/22/05 | DEF 1 appeal to 9CCA of (70-1) filed 11/21/05. cc: USA, FPD, A. Mendel, Judge Sedwick, 9CCA |
| 71 - 1 | 11/22/05 | DEF 1 motion on shortened time for permitting counsel to withdraw w/att aff. |
| 71 - 2 | 11/22/05 | DEF 1 motion on shortened time for leave to appoint substitute counsel from CJA panel w/att aff. |
| 72 - 1 | 11/22/05 | [Re: DEF 1] RRB Order granting mot on shortened time for permitting cnsl to w/d (71-1), mot on shortened time for leave to appoint substitute cnsl from CJA panel (71-2). cc: USA, FPD, FPD (CJA Clk) |
| 73 - 1 | 11/28/05 | DEF 1 CJA appointment of A. Mendel for appeal. |
| NOTE - 3 | 11/29/05 | Transmittal: Forwarded notice of appeal (70C-1) to 9CCA. |
| 74 - 1 | 11/29/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (70C-1) cc: USA, A. Mendel, ECR, 9CCA (original) |
| 75 - 1 | 11/29/05 | DEF 1 Transcript Designation Form re: notice of appeal (63-1) w/original transcript order form. cc:ecr w/original transcript order form |