**FILED**
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    PETRO SNEGIREV

THE HONORABLE JOHN W. SEDWICK      CASE NO. A05-0024 CR (JWS)

Deputy Clerk                        Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The motion to proceed in forma pauperis at docket 70A is **GRANTED**.

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

DATE: December 13, 2005

A05-0024--CR (JWS)     12-13-05

✓ A. MENDEL
✓ J. GOEKE (US-ATTY)         ✓ APPEALS CLERK
  P. SNEGIREV

77