

## UNITED STATES DISTRICT COURT+
### DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **05-30593**     U.S. District Court # **3:05-CR-0024-JWS**

Short Case Title **U.S.A. v. SNEGIREV**

Date of Notice of Appeal Filed by Clerk of District Court     **11/21/05**

### Section A – To be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS: |
| 06/13/05 & 06/14/05 |  | OTHER: **Trial** |

(Attach Additional Page for Designation if Necessary)

( ) As retained counsel I have designated the portion(s) of the transcripts(s) and will notify all counsel of this intention. As retained counsel (or Litigant proceeding in pro per), I request a coy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed A0-435, Transcript Order Form, to this designation for he purposes of order the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcript have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e. CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the Court, I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered     **12/20/05**     Estimated Date for Completion     **1/20/06**

Signature of Attorney _____ Phone Number     **(907) 279-5001**

Address **Allison Mendel, Mendel & Associates, 431 W. 7th Ave., Suite 101, Anchorage, AK 99501**

### Section B – To Be Completed by Court Reporter

I, _____, have received this designation.
      (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate Number of Pages _____ Due Date _____

### Section C – To be Completed by Court Reporter

    Date transcript Filed _____ Court Reporter's Signature _____

(Transcrpt.des 11/96)