UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-30593 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00024-JWS |
| v. | District of Alaska, Anchorage |
| PETRO SNEGIREV, | |
| Defendant - Appellant. | ORDER |

Appellant's motion to allow late filing of transcript designation is granted. The transcripts for June 13 and 14, 2005 are to be prepared and filed within 30 days after the date of this order. The briefing schedule is as follows: the opening brief and excerpts of record are due March 13, 2006; the answering brief is due April 14, 2006; the optional reply brief is due 14 days after service of the answering brief. A copy of this order along with the transcript designation form, transcript order and CJA form shall be provided to the court reporter(s) at the district court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 12.26.05