Petro Snegirev
Reg. No.: 15092-006
United States Penitentiary
P.O. Box 5500
Adelanto, CA, 92301

December 30, 2005

United States District Court
District of Alaska
Federal Building - U.S. Courthouse
222 W. 7th Avenue, # 4
Anchorage, AK 99513-

Re: A05-256CV (JWS) U.S.A. v. Petro Snegirev,
A05-211CV (JWS) Petro Snegirev v. Kevin F. McCoy,
A05-280CV (JWS) Petro Snegirev v. John W. Sedwick
and James K. Singleton, Jr.

To: Clerk of Court

I, Petro Snegirev, in the above-entitled address, am writing you to inquire about the status of my cases. I have not received any response from this court since my detention in Anchorage, Alaska on or about November, 2005, but no later than November, 2005. I wrote to this

RECEIVED
JAN 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SCANNED

Court about my change of address the first week of December, 2005, which at the time was at the F.D.C. in Seattle, Washington.

My current address is located at the beginning of this letter and on the mailed envelope. Please make a note on all related cases to my name that they be shipped/mailed to this address. Thank you for your cooperation.

Sincerely,

*Petro Snegirev*

Petro Snegirev