UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 3 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
FEB 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30542 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00024-JWS/JDR |
| v. | District of Alaska, Anchorage |
| PETRO SNEGIREV, | ORDER |
| Defendant - Appellant. | |

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges

This appeal is summarily affirmed in part and denied in part. To the extent that this appeal challenges the denial of appellant's 28 U.S.C. § 2241 petition as premature, the district court's July 25, 2005 and August 30, 2005 orders are summarily affirmed. To the extent that the appeal challenges the denial of appellant's 28 U.S.C. § 2255 motion as premature, the request for a certificate of appealability is denied.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

S:\PROSE\panelords\2006\1.06\January23\svg\05-30542.wpd