UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
FEB 27 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30542 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00024-JWS/JDR |
| V. | |
| PETRO SNEGIREV, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal is **SUMMARILY AFFIRMED IN PART AND DENIED IN PART.**

Filed and entered 01/31/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 22 2006

by: [signature]
Deputy Clerk