UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PETRO SNEGIREV.<br><br>PETRO SNEGIREV,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,<br><br>Respondent,<br><br>KEVIN F. MCCOY,<br><br>Real Party in Interest. | No. 05-76280<br><br>D.C. No. CV-05-00211-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

S:\MOATT\Panelord\1.23.06\orders\snr3\05-76280.wpd

05-76280

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.



**FILED**

NOT FOR PUBLICATION              AUG 24 2006

UNITED STATES COURT OF APPEALS   CATHY CATTERSON, CLERK
                                 U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
SEP 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30593 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00024-JWS |
| v. | |
| PETRO SNEGIREV, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted August 21, 2006**

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

Petro Snegirev appeals the sentence imposed following his jury conviction

of one count of distribution of methamphetamine, in violation of 21 U.S.C. §§

---

    \*    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    \*\*    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

841(a)(1) and (b)(1)(B), and one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Snegirev contends that his Sixth Amendment rights were violated because his sentence was based on a drug quantity that was neither pleaded in the indictment nor proved to the jury. This contention lacks merit because increasing a sentence based on judicial fact-finding does not run afoul of the Sixth Amendment where, as here, the sentence was imposed under an advisory guidelines system and remains within the statutory maximum. *United States v. Ameline*, 409 F.3d 1073, 1078 (9th Cir. 2005) (en banc) ("A constitutional infirmity arises only when extra-verdict findings are made in a mandatory guidelines system.").

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 19 2006

by: _____
Deputy Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PETRO SNEGIREV,<br><br>Defendant - Appellant. | No. 05-30593<br>D.C. No. CR-05-00024-JWS<br><br>**JUDGMENT** |

**RECEIVED** SEP 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/24/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 19 2006

by: _____ Deputy Clerk