# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 15092006 | | **Current Institution:** | Victorville FCI |
| **Inmate Name:** | SNEGIREV, PETRO | | **Housing Unit:** | VIM-A-L |
| **Report Date:** | 06/12/2007 | | **Living Quarters:** | A01-116L |
| **Report Time:** | 12:25:48 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 6/8/2007 12:33:33 PM | IS002098 | | | FRP Quarterly Pymt | ($25.00) | | $9.87 |
| VIM | 6/8/2007 9:51:30 AM | GIPP0507 | | | Payroll - IPP | $6.09 | | $34.87 |
| VIM | 5/10/2007 10:48:01 AM | GIPP0407 | | | Payroll - IPP | $23.49 | | $28.78 |
| VIM | 4/12/2007 7:28:15 PM | 86 | | | Sales | ($19.30) | | $5.29 |
| VIM | 4/10/2007 7:59:26 AM | GIPP0307 | | | Payroll - IPP | $24.36 | | $24.59 |
| VIM | 4/5/2007 6:46:49 PM | 38 | | | Sales | ($8.10) | | $0.23 |
| VIM | 3/29/2007 5:27:11 PM | 13 | | | Sales | ($27.45) | | $8.33 |
| VIM | 3/9/2007 9:13:34 AM | IS002059 | | | FRP Quarterly Pymt | ($25.00) | | $35.78 |
| VIM | 3/9/2007 9:08:11 AM | GIPP0207 | | | Payroll - IPP | $57.85 | | $60.78 |
| VIM | 2/23/2007 8:03:03 PM | 91 | | | Sales | ($7.80) | | $2.93 |
| VIM | 2/15/2007 8:08:47 PM | 69 | | | Sales | ($50.55) | | $10.73 |
| VIM | 2/9/2007 10:20:36 AM | GIPP0107 | | | Payroll - IPP | $60.90 | | $61.28 |
| VIM | 2/1/2007 7:55:56 PM | 47 | | | Sales | ($4.35) | | $0.38 |
| VIM | 1/19/2007 7:08:23 PM | 56 | | | Sales | ($13.20) | | $4.73 |
| VIM | 1/11/2007 7:33:39 PM | 103 | | | Sales | ($43.85) | | $17.93 |
| VIM | 1/10/2007 10:21:41 AM | GIPP1206 | | | Payroll - IPP | $60.90 | | $61.78 |
| VIM | 12/14/2006 7:33:22 PM | 76 | | | Sales | ($17.75) | | $0.88 |
| VIM | 12/8/2006 9:51:30 AM | 002021 | | | FRP Quarterly Pymt | ($25.00) | | $18.63 |
| VIM | 12/8/2006 9:48:29 AM | GIPP1106 | | | Payroll - IPP | $18.27 | | $43.63 |
| VIM | 11/16/2006 7:05:21 PM | 58 | | | Sales | ($4.05) | | $25.36 |
| VIM | 11/9/2006 7:06:08 PM | 63 | | | Sales | ($30.85) | | $29.41 |
| VIM | 11/9/2006 9:51:29 AM | GIPP1006 | | | Payroll - IPP | $56.00 | | $60.26 |
| VIM | 10/26/2006 6:41:58 PM | 61 | | | Sales | ($5.65) | | $4.26 |
| VIM | 10/19/2006 5:39:27 PM | 14 | | | Sales | ($48.60) | | $9.91 |
| VIM | 10/10/2006 9:41:02 AM | GIPP0906 | | | Payroll - IPP | $53.20 | | $58.51 |
| VIM | 9/14/2006 6:26:30 PM | 50 | | | Sales | ($19.05) | | $5.31 |
| 1 | Total Transactions: 26 | | | | Totals: | ($14.49) | $0.00 | |

*Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004).*  6/12/07

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $9.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.87 |
| **Totals:** | **$9.87** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9.87** |