Petro Snegirev  
Reg. No.: 15092-006  
Federal Correctional Institution  
P.O. Box 5300  
Adelanto, CA 92301  

Pro Se

RECEIVED  
JUL 27 2007  
CLERK, U.S. DISTRICT COURT  
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:05-cr-00024-JWS |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| v. ) | NOTICE OF CHANGE OF ADDRESS |
| ) | |
| PETRO SNEGIREV, ) | |
| ) | |
| Defendant/Petitioner. ) | |

Notice is hereby given that my new address is:

Federal Correctional Institution, Victorville, California  
Post Office Box 5300  
Adelanto, California 92301

Dated this 19th day of July, 2007, at Victorville, California.

_____  
PETRO SNEGIREV  
Defendant/Petitioner

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the true and correct copy of the foregoing was sent via mail on July 19, 2007, to:

United States District Court
District of Alaska
Clerk of Court
Federal Building-U.S. Courthouse
222 W. 7th Ave., #4
Anchorage, AK 99513-7564

United States Attorney
222 W. 7th Ave.
Mail Box 9, Room 253
Anchorage, AK 99513

Executed at Victorville, California on July 19, 2007.

_____
PETRO SNEGIREV
Defendant/Petitioner