Petro Snegirev
Reg. No.: 15092-006
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301

Pro Se



RECEIVED
JUL 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff/Respondent,    )<br>                              )<br>        v.                    )<br>                              )<br> PETRO SNEGIREV,              )<br>                              )<br>    Defendant/Petitioner.     )<br>_____) | Case No.: 3:05-cr-00024-JWS<br><br>MOTION FOR APPOINTMENT OF<br>COUNSEL WITH CO-COUNSEL<br>STATUS |

    Petro Snegirev, the Petitioner, moves this Court for appointment of counsel. In addition, if the Court grants the appointment of counsel, Mr. Snegirev asks this court to allow him to be appointed as co-counsel for the purposes of filing documents and having access to the courts. Mr. Snegirev makes this request for the reason that he is financially unable to retain an attorney and requires the assistance of counsel.

    This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

    Dated this 19th day of July, 2007, at Victorville, California.

<i>Petro Snegirev</i><br>
PETRO SNEGIREV<br>
Defendant/Petitioner

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the true and correct copy of the foregoing was sent via mail on July 19, 2007, to:

United States District Court
District of Alaska
Clerk of Court
Federal Building-U.S. Courthouse
222 W. 7th Ave., #4
Anchorage, AK 99513-7564

United States Attorney
222 W. 7th Ave.
Mail Box 9, Room 253
Anchorage, AK 99513

Executed at Victorville, California on July 19, 2007.

_____
PETRO SNEGIREV
Defendant/Petitioner