Petro Snegirev
Reg. No.: 15092-006
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301

July 19, 2007



United States District Court
District of Alaska
Clerk of Court
Federal Building-U.S. Courthouse
222 W. 7th Ave., #4
Anchorage, AK 99513-7564

  Re: Clarification on the petition for writ of habeas corpus.

To: The Clerk of Court

  I, Petro Snegirev, received the ORDER DIRECTING SERVICE AND RESPONSE on July 18, 2007. In the ORDER (1st Paragraph), it states:

> On June 18, 2007, Petro Snegirev, representing himself, filed a motion to set aside, vacate or correct sentence under 28 U.S.C. § 2255, alleging, inter alia, ineffective assistance of counsel.

  I want to clarify to the Court for the record that I am not just challenging the sentence. My requests for relief are stated clearly and plainly on page 14 in my informal petition for writ of habeas corpus, pursuant to Title 28, U.S.C. § 2255. I am asking that the Court grant an order vacating and setting aside the conviction and sentence, and discharging me from detention and imprisonment and for any other relief to which I may be entitled.

  I hope this clears up any misunderstanding with the Court.

Sincerely,

*Petro Snegirev*
Petro Snegirev

PETRO SNEGIREV
REG. NO.: 15092-006
FEDERAL CORRECTIONAL INSTITUT:
P.O. BOX 5000
ADELANTO, CA 92301

[Stamp: "The enclosed letter is processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."]

LEGAL CORRESPON[DENCE]

UNITED STATES DISTF
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING — U.S.
222 W. 7TH AVE., #4
ANCHORAGE, AK 995