UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  vs.<br><br>PETRO SNEGIREV,<br><br>           Defendant. | 3:05-cr-00024-JWS<br><br>**ORDER<br>REGARDING<br>MOTION FOR APPOINTMENT<br>OF COUNSEL WITH CO-<br>COUNSEL STATUS**<br>(Docket No. 95) |

**Petro Snegirev**, petitioner in this federal habeas action has timely requested the court to appoint counsel to assist him in his motion to vacate brought pursuant to 28 U.S.C. § 2255. Docket No. 95. The Criminal Justice Act, 18 U.S.C. § 3006A(a)(2) authorizes the court to appoint an attorney for a federal habeas petitioner who cannot afford his own attorney. The court has reviewed Mr. Snegirev's form CJA 23 dated July 19, 2007, Docket No. 96. Based on that affidavit and the record herein the court determines that Mr. Snegirev is eligible for appointment of counsel under the CJA. Accordingly, the Federal Public Defender is requested to designate counsel for Mr. Snegirev.

This is a post-conviction proceeding. Although a criminal defendant has a right to represent himself at his trial, no such right exists on appeal under the Federal Constitution or the rationale of Faretta v. California, 417 U.S. 906, S.Ct. 2601 (1974); Martinez v. California Court of Appeal, 526 U.S. 1110, 119 S.Ct. 1753 (1999).

Mr. Snegirev requests the court to allow him to be "appointed as co-counsel" for the purposes of filing documents and having access to the court. There is no constitutional right to serve as "co-counsel" and the Criminal Justice Act does not authorize advisory counsel. *See* United States v. Salemo, 81 F.3d 1453, 1457 (9th Cir. 1996). The appointment of counsel for the petitioner will provide adequate opportunity for him to file documents and accord him adequate access to the courts. Accordingly, the petitioner's request to serve as co-counsel is hereby denied. Any pleadings or documents filed on the petitioner's behalf must be signed by his attorney. Similarly, the clerk shall reject any such documents submitted by the petitioner.

DATED this 3rd day of August, 2007, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge