Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

## U. S. DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cr-24 |
| Plaintiff, | |
| vs. | |
| PETRO SNEGIREV, | |
| Defendant | |

## ENTRY OF APPEARANCE

      Linda A. Webb of Hagans, Ahearn & Webb gives notice to the court of her entrance of appearance for Defendant, Petro Snegirev in the above captioned case.

      Counsel's address is as follows:

      Hagans, Ahearn & Webb
      310 K Street, Suite 400
      Anchorage, Alaska 99501
      Telephone: 907 276-5294
      Fax: 907 276-8732

E-mail: haw@alaska.net

Dated at Anchorage, Alaska this 23 rd day of August 2007.

          HAGANS AHEARN & WEBB
          Attorneys for Defendant


By:     /s/Linda A. Webb
       Linda A. Webb
       Alaska Bar No. 8806148
       HAGANS, AHEARN & WEBB
       310 K Street, Suite 400
       Anchorage, AK  99501
       (907) 276-5294:  Phone
       (907) 276-8732:  Fax
       E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this  23rd day of August 2007, on:

James Goeke, Esq.
Asst. U. S. Attorney
Office of the U. S. Attorney
222 West 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


    /s/Linda A. Webb
Linda Anna Webb