Linda Anna Webb
310 K St. Ste 400
Anchorage, AK 99501
Tel: (907) 276-5294
Fax: (907) 276-8732
E-mail: haw@alaska.net
Attorney for Petitioner,
Petro Snegirev

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETRO SNEGIREV, ) | |
| ) | |
| DEFENDANT. ) | Case No. 3: 05-CR-00024-JWS |
| ) | |

**UNOPPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant, Petro Snegirev, by and through his attorneys, HAGANS, AHEARN & WEBB, and moves this court for a thirty-day extension until October the $27^h$, 2007 in which to file an amended petition. The Respondent does not oppose this request. Counsel requests this in order to have time to speak with her client.

DATED at Anchorage Alaska this 18th day of September, 2007.

HAGANS AHEARN & WEBB
Linda Anna Webb


/s/ Linda Anna Webb
Linda Anna Webb
AK Bar # 8806148

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of September 2007, I served a copy of the foregoing by first class hand on:

James Goeke
Assistant United States Attorney
222 West 7th Ave. #9 Room 253
Anchorage AK 99513


/s/  Linda Anna Webb