Linda Anna Webb
310 K St. Ste 400
Anchorage, AK 99501
Tel: (907) 276-5294
Fax: (907) 276-8732
E-mail: haw@alaska.net
Attorney for Defendant,
Petro Snegirevt

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETRO SNEGIREV, ) | |
| ) | |
| DEFENDANT. ) | Case No. 3: 05-CR-00024-JWS |
| ) | |

**PROPOSED ORDER FOR EXTENSION OF TIME**

Petitioner, Petro Snegirev, by and through his attorneys, HAGANS, AHEARN & WEBB, having moved this court for a thirty-day extension until October the 27th, 2007 in which to file an amended petition, and the Respondent being unopposed to this request,

IT IS HEREBY ORDERED that the motion is granted/denied. Respondent's response shall be due on November_____.

DATED at Anchorage Alaska this _____ day of September, 2007.

>   _____
>   John D. Roberts
>   Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of September 2007, I served a copy of the foregoing by first class hand on:

James Goeke
Assistant United States Attorney
222 W. 7th Ave., #9 Room 253
Anchorage AK 99501


/s/  Linda Anna Webb_____