Linda Anna Webb
310 K St. Ste 400
Anchorage, AK 99501
Tel:  (907) 276-5294
Fax:  (907) 276-8732
E-mail:  haw@alaska.net
Attorney for Defendant,
Petro Snegirevt

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETRO SNEGIREV, ) | |
| ) | |
| DEFENDANT. ) | Case No. 3: 05-CR-00024-JWS |
| ) | |

**PROPOSED ORDER FOR EXTENSION OF TIME**

Petitioner, Petro Snegirev, by and through his attorneys, HAGANS, AHEARN & WEBB, having moved this court for a thirty-day extension until November 7th, 2007 in which to file an amended petition, and the Respondent being unopposed to this request,

IT IS HEREBY ORDERED that the motion is granted/denied. Respondent's response shall be due on November_____.

DATED at Anchorage Alaska this _____ day of October, 2007.

                                                                         _____
                                                                         John D. Roberts
                                                                         Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of October 2007, I served a copy of the foregoing by first class hand on:

James Goeke
Assistant United States Attorney
222 W. 7th Ave., #9 Room 253
Anchorage AK 99501


/s/  Linda Anna Webb_____