AO 245B   (Rev. 06/05) Judgment in a Criminal
Sheet 1

NOV 2 1 2005

FILED

# UNITED STATES DISTRICT COURT

FEDERAL PUBLIC DEFENDER

District of _____ Alaska

NOV 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | |
| PETRO SNEGIREV | Case Number: A05-0024-CR (JWS) |
| | USM Number: 15092-006 |
| | Kevin McCoy |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)   1 and 2 of the Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1)& (b)(1)(B) | Distribution of Methamphetamine | 3/2/2005 | 1 |
| 21 U.S.C. §§ 841(a)(1)& (b)(1)(C) | Possession with Intent to Distribute Methamphetamine | 3/2/2005 | 2 |

    The defendant is sentenced as provided in pages 2 through ___6___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 17, 2005
Date of Imposition of Judgment

Signature of Judge

A05-0024--CR (JWS)   11-21-05
------------------------------------------------
K. MCCOY (FPD)
J. GOEKE (US-ATTY)
US MARSHAL

US PROBATION
FINANCE
MAGISTRATE JUDGE
DEP W/CNSLS CY
PLU

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name and Title of Judge

☐ CALENDAR   ☐ 11/28   11-17-05
Date
☐ CLIENT   ☐
☐ ATTORNEY   ☐
FILE

Exhibit A