

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

Federal Building & U.S. Courthouse        Commercial: (907) 271-5071
222 West 7th Avenue, #9, Room 253          Fax Number: (907) 271-3224
Anchorage, Alaska 99513-7567

May 13, 2005

Kevin F. McCoy
Assistant Federal Defender
550 W. Seventh Ave., Suite 1600
Anchorage, Alaska 99501

Re:   **United States v. Snegirev, A05-0024 CR (JWS)**

Dear Mr. McCoy:

    I am writing to advise you that I have been assigned this case for trial. As you know, trial is scheduled to begin on Monday, May 23, 2005. This letter addresses expert testimony the government will introduce from a DEA chemist and provides notice that a witness in the company of the defendant when the defendant was arrested on March 2, 2005 was a confidential informant cooperating with the government.

    As you know from the previously disclosed chemical analysis reports (bates numbers 0000000010 through 0000000013), the United States intends to adduce expert testimony from DEA chemist William M. Moriwaki. Mr. Moriwaki analyzed the drugs at issue in this case, performed chemical tests, generated reports (which, as previously noted, have been provided in discovery), and will testify that, in his expert opinion, methamphetamine was present in the substances and mixtures that form the basis for each of the counts in the indictment against the defendant. Mr. Moriwaki will also testify about the relative purity of the methamphetamine he detected and analyzed. A copy of Mr. Moriwaki's CV is attached.

    Additionally, when the defendant was arrested on March 2, 2005, he was in the company of Shannon Lovell. Mr. Lovell was a confidential informant cooperating with law enforcement. Mr. Lovell has received approximately $5,000 from the government, mostly for expenses such as rent and hotel rooms. Mr. Lovell's criminal history is attached. Based on the way the investigation was conducted, the government does not view Mr. Lovell's testimony as necessary for this prosecution.

*Exhibit D p1*

As always, please advise me if you need any additional information concerning these issues. I anticipate that I will be in Ketchikan for another matter on May 16-17, but I will be checking my voicemail and I will return calls if possible. Feel free to contact Frank Russo regarding this matter in my absence. Thank you.

Sincerely,

TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney

Exhibit D p2