57

1  actual methamphetamine.  Taken together, that's sixty grams of
2  actual methamphetamine.  The defendant, frankly, is lucky he
3  wasn't arrested immediately after the transaction -- a search
4  warrant wasn't conducted on his house because I think it can be
5  reasonably inferred the Government would have discovered all of
6  this at the same place at the same time, and it would have been
7  one count which would have exposed him to a hundred and twenty
8  month mandatory minimum.
9       THE COURT:  Anything further on these points then,
10 Mr. Goeke?
11      MR. GOEKE:  No, Your Honor.  Just that the critical
12 point is if the defense doubts to such a degree that the
13 accuracy and nature of the analysis done by the DEA lab,
14 they're always, in every case, free to have it tested
15 themselves.  That didn't occur in this case.  So what we have
16 is suspicion and dissatisfaction at the results, but nothing to
17 call them into question.  Thank you, Your Honor.
18      THE COURT:  Thank you.  There are other matters, of
19 course, we're going to address.  I'm going to hear further from
20 Mr. Snegirev and Mr. McCoy, any victims, and Mr. Goeke as well,
21 but I do need to resolve the question of drug quantity.
22      I've listened carefully to the testimony and I've
23 reviewed the information that's available in the exhibits.
24 Perhaps in an ideal world, the Government could afford to hire
25 somebody outside the DEA to come in and run a quarterly audit

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054

Exhibit F-1