Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETRO SNEGIREV,<br><br>    Defendant. | Case No. A05-0024 CR (JWS)<br><br>**MOTION ON SHORTENED TIME FOR ORDER COMPELLING DISCOVERY** |

   Petro Snegirev asks this court on shortened time for an order compelling the government to produce the following discovery regarding each drug exhibit evaluated by the D.E.A. Western Laboratory in San Francisco to establish the actual methamphetamine weights to be relied on by the government at sentencing:

- All DEA Form-7s related to each drug exhibit;

- All DEA Form-500s related to each drug exhibit;

- All GC/MS printouts relating to analyses done on each of these exhibits (including blanks, calibrators, and controls run at the same time as each of the exhibits);



Exhibit G p1

- All attachments to these forms such as notes and calculations that link weights of the exhibit to the GC/MS results (usually given in milligram/ml) via manipulations such as weighing and dilutions performed by the chemist. (My information is that these records may appear on blank sheets of paper or on a relatively new DEA Form - 86);

- All spread sheets prepared by the chemist to document his or her calculations;

- Any other documents, records, or notes that pertain to the accuracy of the results, including but not limited to results or reports of any Quality Assurance Programs that DEA Western Laboratory subscribes to in order to document the accuracy of its quantitative analyses of methamphetamine by GC/MS.

Mr. Snegirev certifies that pursuant to D. Alaska Loc. Crim. R. 16.1 that on August 3, 2005, the parties conferred regarding this discovery request, that the government agreed that the materials would be produced, and that, to date, the requested materials have not yet been produced.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1 and is based upon the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska this 6th day of September, 2005.

KEVIN F. McCOY
Assistant Federal Defender

Certification:

I certify that on September 6, 2005, I hand delivered a copy of this document to:

James Goeke, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Lenora L. Roehling

2


Exhibit G p2

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>PETRO SNEGIREV,<br><br>              Defendant. | Case No. A05-0024 CR (JWS)<br><br>**AFFIDAVIT OF COUNSEL** |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.   I am the attorney for Petro Snegirev.

2.   Mr. Snegirev may challenge the accuracy of the actual methamphetamine computation which apparently drives the sentencing guideline computations.

3.   The indictment charged Mr. Snegirev with two counts of possessing with intent to distribute a "mixture and substance" containing methamphetamine.

4.   As charged, this results in a guideline computation of 63 to 78 months.


Exhibit G, p3

5. A revised draft presentence report recommended a guideline computation of 151 to 151 months.

6. Mr. Snegirev timely objected to the increased guideline computation.

7. On August 3, 2005, Mr. Snegirev, on the recommendation of Dr. Brian Sedgewick, requested the discovery itemized in the body of the motion. *See* Tab A (August 3, 2005, letter to Assistant U.S. Attorney James Goeke).

8. On or about August 3, 2005, Mr. Goeke agreed to produce the requested discovery.

9. On September 6, 2005, Mr. Goeke assured me that he had promptly faxed the letter at Tab A to the D.E.A. Western Laboratory. Mr. Goeke had no explanation as to why the D.E.A. had not responded to the discovery request.

10. Mr. Goeke agreed to non-oppose a request to continue the sentencing because the requested discovery had not yet been produced.

11. A motion to continue the sentencing has been filed contemporaneously with this motion.

12. To avoid further delays, Mr. Snegirev is asking the court to enter an order compelling the requested discovery.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

Exhibit G p4

SUBSCRIBED and SWORN to before me this 6th day of September, 2005.

                                                       *Lenora L. Roehling*
                                                       Notary Public in and for Alaska
                                                       My Commission Expires:  3/14/2007



STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

3

Exhibit G p5