Moriwaki - Cross                                          50

1  performance for -- quan -- a quantitation of methamphetamine
2  validated by an external agency other than a DEA lab?
3  A    I don't believe so.  It is -- this method here, what's
4  produced at the laboratory and validated through a series of
5  reproducibility and -- and many (indiscernible) studies.
6  Q    And your testimony here today is that you were not advised
7  that Dr. Brian Sedgwick wished to speak with you about this.
8  A    That is correct.
9  Q    All right.  If you had been so advised, would you have
10 spoken with him?
11 A    If the U.S. -- USA requested me to speak to Dr. Sedgwick,
12 then I would have not -- no problem --
13 Q    Okay.
14 A    -- speaking with Dr. Sedgwick.
15 Q    If -- sure, I understand.  And if you had been instructed
16 not to speak with him, you would have refused?
17 A    If I was instructed not to speak with him, I would not
18 speak with him.
19 Q    But what you're telling us is you had no information at
20 all, either from Mr. Goeke or from your superior, Mr. Chin,
21 that -- that Mr. -- Dr. Sedgwick wished to speak with you.
22 A    That is correct.
23           MR. MCCOY:  Okay, sir.  Thank you for your patience.
24           THE WITNESS:  My pleasure.
25           THE COURT:  Anything further --

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054

Exhibit H-1