...

1  were admitted at trial.
2  THE COURT: All right. I just wanted to make sure I
3  understood what you were trying to present. That's fine.
4  Thank you.
5  BY MR. GOEKE:
6  Q  So again, just to be clear for the record, is there -- do
7  you have any reason to doubt any of the analyses that you
8  conducted for Government's Exhibit 11 or 10?
9  A  No doubts.
10  MR. GOEKE: No further questions of this witness.
11  Thank you, Your Honor.
12  THE COURT: Thank you, Mr. Goeke. Mr. McCoy?
13  MR. MCCOY: Thank you, Your Honor.
14  **CROSS-EXAMINATION**
15  BY MR. MCCOY:
16  Q  Good morning, sir. How are you?
17  A  Good morning, Mr. McCoy.
18  Q  Your last answer was that you had no doubts about the
19  accuracy of your testimony, is that correct?
20  A  That is correct.
21  Q  All right. How long have you been speaking with Mr. Goeke
22  about this evidentiary hearing?
23  A  Let me see. We spoke once right before you hurt your
24  back --
25  Q  Mm-hmm (affirmative).

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054


Exhibit I-1

1  A    -- and then got canceled and we spoke again Sunday,
2  telling me to get ready to come down for Wednesday, and I
3  talked to him on Tuesday night saying come on down. So about
4  three times. And of course this morning to try to keep me in
5  the loop on what's going to happen.
6  Q    You had -- you had conversations with Mr. Goeke about
7  producing Government's Exhibits 10 and 11, am I correct?
8  A    We talked about talking about it, but producing -- I
9  believe that these reports were here already.
10 Q    The trial ended in June of this year. Between June of
11 this year and today, did you and Mr. Goeke have any
12 conversations about producing to the defense for inspection and
13 copying the -- Government's Exhibits 10 and 11?
14           THE COURT:  There may be a little confusion. You're
15 not talking about when they were created.
16           MR. MCCOY:  No, when they were produced --
17           THE COURT:  When you say produced, you mean to
18 provide to you.
19           MR. MCCOY:  That's what I do mean.
20           THE COURT:  Yeah. All right.
21           MR. MCCOY:  Thank you, Judge.
22 A    I remember I made copies of my entire worksheet and
23 FedEx'd them to Mr. Goeke a little bit after the trial date,
24 about two months, three months ago and --
25 BY MR. MCCOY:

Moriwaki - Cross                                                           37

1  Q    Okay. And that was -- and you did that because Mr. Goeke
2  asked you to do that, correct?
3  A    That is correct.
4  Q    All right. And did you have conversations with Mr. Goeke
5  about any dissatisfaction expressed by the defense with regards
6  to what you produced?
7  A    I'd not heard any dissatisfaction issues.
8  Q    Okay. Did Mr. Goeke fax to you a copy of a letter that I
9  wrote to him --
10                            (Pause)
11 -- on October 26, 2005, calling to his attention certain
12 documents that had not been produced?
13 A    I do not recall a fax from Mr. Goeke with your name on it
14 or anything to that effect.
15 Q    All right. Do you recall receiving a letter -- a fax copy
16 of a letter that I addressed to Mr. Goeke on August 3rd, 2005?
17 A    Again, to my recollection, I don't recall seeing a memo or
18 a fax or a letter.
19 Q    That's fine. Was there any discussion about information
20 requested by the defense asking for proficiency testing by the
21 DEA Western Lab in San Francisco for the quantification of
22 methamphetamine by GCMS?
23 A    Well, you wouldn't quantify with GCMS. It would be GC or
24 LC.
25 Q    Okay.

Moriwaki - Cross                                              38

1  A    But again, no, I don't recall getting a request memo,
2  letter with regards to that issue.
3  Q    Were -- were you -- was it ever discussed between you and
4  Mr. Goeke or you and your colleagues -- do you know who Dr.
5  Brian Sedwick -- Sedgwick is?
6  A    Oh, yeah, I met him up here.
7  Q    Yeah.  Was it -- were --
8           THE COURT:  His name is Sedgwick, right?
9           MR. MCCOY:  Sedgwick.  It is --
10          THE COURT:  He's no relation to the judge.
11          MR. MCCOY:  No.
12 BY MR. MCCOY:
13 Q    Was a request made through Mr. Goeke to you or to someone
14 in your office that you speak with Dr. Brian Sedgwick about
15 your analysis in Government's Exhibit 10 and 11?
16 A    I don't recall a conversation or issue like that.
17 Q    Okay.  That's fine.  Does the DEA Western Laboratory for
18 the GCMS anal -- analyze the use -- do they do proficiency --
19 external proficiency testing to make sure that you are doing
20 your analyses correctly?
21 A    Yes.
22 Q    Okay.  Describe that for the record, please.
23 A    The testing procedures?
24 Q    No, the external proficiency testing -- you understand the
25 word proficiency testing?

Moriwaki - Cross                                                    39

1  A    Yes, yes.
2  Q    And applied to the work that you're doing, proficiency
3  testing, as I'm using the words, would be to see whether you're
4  running the machines correctly and whether your analyses and
5  mathematical calculations are correct.
6  A    Yeah, well -- yeah.  Technically, we have a -- we have two
7  proficiency -- external proficiency tests done at our
8  laboratory every month, and two chemists within the laboratory
9  are assigned to do that, and it's a rotating basis, so I
10 usually get one to two every year, depending on the number of
11 people we have in the laboratory.
12 Q    In other -- let me see if I understand what you're telling
13 me.  You have -- how many forensic chemists are there at the
14 Western lab?
15 A    Right now, there's twenty.
16 Q    Okay.  And am I correct in understanding your testimony
17 one of the twenty is selected to do the proficiency testing for
18 the other nineteen?
19 A    No.
20 Q    Okay.  Why don't you --
21 A    What I'm trying to say is every lab -- every month, two
22 proficiency tests come to the laboratory and every month, two
23 different chemists are chosen to do the test, and then every
24 month after that it is then rotated so at least one chemist
25 will get to do one every month at least --

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054

I-5

1  Q    Mm-hmm (affirmative).
2  A    -- for external. And then we have an internal proficiency
3  testing program where once a year every chemist will have their
4  work done by -- or rechecked by another chemist in a blind
5  test.
6  BY THE COURT:
7  Q    Excuse me. Let me see if I understand. When you refer to
8  the external testing, Mr. Moriwaki, does that mean that test
9  givers, examiners, come in from outside your lab and test two
10 of your forensic chemists every month? Are you --
11 A    No. There's not -- no, not an examiner. Two samples come
12 in, unknown white powders, and our job is to figure out what
13 they are and give you a concentration, and then all that data
14 is relayed back to the corresponding lab that sent it, and then
15 they verify that the data you give them are in fact correct or
16 if it's out of --
17 Q    All right.
18 A    -- out of -- we'll --
19 Q    All right. So if I understand correctly, then two samples
20 come in every month and your forensic chemists are selected by
21 some procedure so that, what, one of them is tested every
22 month? Two of them?
23 A    Two of them.
24 Q    Two of them are tested every month, and then the results
25 of their work goes back to this external lab for comparison to

Moriwaki - Cross                                41

1  the results the external lab got?
2  A    Correct.  And then that lab would send it to all seven
3  labs we have in our system, and then all that data is then
4  compiled and verified that data is accept --
5  Q    Who -- is there one external lab that you use?
6  A    No.  It's a rotating basis.
7  Q    All right.  So it's another DEA lab at some other
8  location?
9  A    Correct.
10 Q    But it's unknown to you when you -- when -- when you're
11 being tested, you don't know where the sample came from?
12 A    You do because of the numbers.
13 Q    All right.
14 A    They code it by a number system.
15 Q    So external means samples that have previously been tested
16 by another DEA lab -- not your lab, but some other one.
17 A    That is correct.
18       THE COURT:  All right.  I think I understand it.
19 Thank you.
20       MR. MCCOY:  Okay.
21 BY MR. MCCOY:
22 Q    And what -- what tests are taken to ensure that the
23 external sample that we're talking about -- the external sample
24 that's prepared by another DEA lab -- that the calculations on
25 it are correct?

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054

I-7

Moriwaki - Cross                                                              42

1  A    Well, once you submit the data from what -- your findings,
2  it is then compared to the seven other laboratories that are
3  doing the exact same thing with the exact same rotation
4  procedure, and all that data is then compiled and the purity
5  number (indiscernible) are then listed to verify that they are
6  within range. Now if one is extremely out of range and then
7  there's a -- there's an issue, then -- of course then you have
8  to figure out why it's out of range.
9  Q    And are reports prepared that detail how the Western --
10 the DEA Western Lab in San Francisco does that can be reviewed
11 to assure that the various chemists are performing their tasks
12 properly?
13 A    I don't know if there's a -- per se a report, but memos
14 always come by saying that either your particular lab has met
15 or your particular lab has missed said sample.
16 Q    Okay. How do we determine whether or not what the
17 percentages are that your lab does it correctly and the
18 percentages that your lab does not do it correctly? How do we
19 determine that?
20 A    That would be done by I imagine just you'd have to crunch
21 memos and start looking to see what data fell in or fell out
22 from per --
23 Q    Okay. So there -- let me ask you -- perhaps I can ask in
24 a different way. There are no reports that summarize the data
25 that you're talking about, correct?

NoDak Rose Transcripts
721 North 19th Street
Bismarck, North Dakota 58501-4721
(701) 255-1054

I-8

<u>Moriwaki - Cross</u> 43

1  A    Correct.
2  Q    In other words, what I would -- you know, I can imagine a
3  situation where an external proficiency test is performed over
4  a period of time and after that period of time, there is a
5  summary report that is prepared that says this is the
6  performance proficiency of the DEA Western Lab.
7  A    No, there would not be a report like that.
8  Q    Okay.  And do you know why?
9  A    It probably would mean nothing because it would then
10 account for, you know, chemists that had been retired for ten
11 years right now if you have a twenty-year-old report, and it
12 wouldn't account for -- see, the brand new guys that just
13 started today --
14 Q    Mm-hmm (affirmative).
15 A    -- that, you know -- it would have nothing to do with
16 them, but other than he belonged to the Western Lab or trained
17 by the Western Lab.
18 Q    Okay.
19 A    So the data that you want sort of means nothing.  What
20 you're probably looking for is essentially just trying to
21 figure out have we missed any or have we got them all right.
22 That would probably be a good --
23 Q    That's exactly right.  And wouldn't you imagine that if
24 over the last six months there was a percentage where you got
25 them wrong, that that would be of interest to the managers of

1  the -- or the director of the lab?
2  A   Oh, trust me, he would definitely be told if there was an
3  issue about someone missing --
4  Q   Okay.  But --
5  A   -- or falling out of a quantitation.
6  Q   But you don't know whether any reports -- you don't know
7  what your fellow chemists have done, whether there's been any
8  problems or not, do you?
9  A   The only thing I know is every -- after every sample has
10 been produced, a memo comes out saying, you know, wes -- all
11 the seven labs identified said sample and all the seven labs
12 had this, this, this, this, and that purity in regards to that
13 sample.  Typically it says good job, everyone is within --
14 within acceptable criteria --
15 Q   And on --
16 A   -- and I have not noticed any -- anyone missed one, say,
17 the ten years I've probably been looking.
18 Q   Mm-hmm (affirmative).  Mm-hmm (affirmative).  But those
19 reports -- those documents -- how many pages would you think
20 those documents would be if it was for the last twelve months?
21 A   What, three -- count four pages per test times two eight
22 times twelve -- close to a hundred.
23 Q   Okay.  Turning your attention to Government's Exhibit 10,
24 the third page appears to be the forensic chemist's worksheet.
25 A   Is it page number three, you mean?

Moriwaki - Cross                                       45

1  Q    Well, I -- I -- the third page in the -- in the stapled
2  copy that I have.
3  A    One, two -- yes, yes, this is -- yes.
4  Q    Okay. And on the back side of the -- the report, there is
5  -- there are columns topped quantitative and -- or excuse me --
6  qualitative and then -- not columns but labels -- qualitative
7  and quantitative -- quantitation.
8  A    Yes.
9            MR. MCCOY: All right.
10           THE COURT: Could you just give me a moment? I don't
11 -- I'm not sure I'm looking at the right page. I have one page
12 that says forensic chemist worksheet.
13           MR. MCCOY: That's correct. And then on --
14           THE COURT: And you referred to that --
15           MR. MCCOY: -- on the back of that -- it's a two-
16 sided document?
17           THE COURT: The back of mine is blank.
18           UNIDENTIFIED SPEAKER: (Indiscernible - away from
19 microphone), Your Honor.
20           THE COURT: It's going to be at the back of my
21 report?
22           MR. GOEKE: Your Honor, at the -- yeah, at the end of
23 the Court's copy (indiscernible - voice too low) at the very
24 last page.
25           THE COURT: Okay. Could you -- is there some

<u>Moriwaki - Cross</u>                                          46

1  identifying something on it you --
2        MR. MCCOY:  Judge, it says, for example, if I
3  could --
4        THE COURT:  Just the one you're looking at, what does
5  it say in --
6        MR. MCCOY:  Yeah.  It says -- for example, it says,
7  "Net weight, 30.87 grams," then it has an entry, "4.91 grams,"
8  and then there's a -- a line drawn --
9        THE COURT:  Yeah.  All right.  And then -- yeah, I --
10  I have the correct page now.
11        MR. MCCOY:  And that's the page that I am referring
12  to.
13        THE COURT:  All right.
14        THE WITNESS:  I'm sorry, Mr. McCoy.  Are we on ten or
15  eleven?
16        MR. MCCOY:  I -- I -- could I approach the witness,
17  Judge?  'Cause I --
18        THE COURT:  Yeah.
19        MR. MCCOY:  -- I want to make sure I have the right
20  list.
21                (Pause - side conversation)
22        THE WITNESS:  Oh, okay.  I was looking at this number
23  'cause it's --
24        MR. MCCOY:  (Indiscernible - away from microphone).
25        THE COURT:  All right.  You're both looking at the

```
                        Moriwaki - Cross                           47
 1  same document?
 2          MR. MCCOY:  I'm satisfied that we are, yes.
 3          THE COURT:  All right.
 4  BY MR. MCCOY:
 5  Q    There is reference -- under the quantitation, there's an
 6  entry for standard.
 7  A    Yes.
 8  Q    All right.  And it says that that standard was prepared by
 9  -- on 3/11/05 by L.S.
10  A    Yes.
11  Q    Who is L.S.?
12  A    L.S. is another forensic chemist in the laboratory.
13  Q    Okay.  Could you tell me how those -- those -- those --
14  the standard is prepared?
15  A    Essentially, if you look at the line above that, it says
16  standard colon, fifty-one point eight [51.8] milligrams of that
17  methamphetamine standard was placed in a fifty-ml volume metric
18  glass, and then exactly fifteen millimeters of methanol was
19  added to that flask, and that's how you prepare this standard.
20  Q    Okay.  And when you run that through the -- I'm going to
21  call it the GCMS --
22  A    LC.
23  Q    The GCL --
24  A    No.  BLC.
25  Q    BL -- all right.  When you run it through that, it gives
```

<u>Moriwaki - Cross</u>                                                48

1  you the -- a percentage, right?
2  A   Correct.  The standard will give you a peak and an area
3  count.
4  Q   Mm-hmm (affirmative).  And before you run the standard,
5  you have the expected answer written down somewhere, correct?
6  A   For the standard or for the sample you mean?
7  Q   For the standard.
8  A   For the -- yes.
9  Q   Right.  And -- and so I understand your testimony to be
10 that whenever you run a test to quantitate methamphetamine in a
11 substance, you run a standard.
12 A   Correct.
13 Q   You run the same standard and you run it twice.
14 A   Correct.
15 Q   All right.  What are the acceptance criteria for assuming
16 that the standard is reliable?
17 A   First you look at peak shape and then response, and
18 according to the response, if you cannot get reproducibility in
19 the response, then something is -- is wrong with either the
20 standard and/or the instrument or it could be both.
21 Q   Mm-hmm (affirmative).  And this standard is prepared
22 internally?
23 A   That is correct.
24 Q   And who determines who prepares the standards?
25 A   It actually is -- whoever needs that methamphetamine

Moriwaki - Cross                                                49

1  standard for that particular day then prepares it and then
2  typically enough is prepared for at least twenty to thirty days
3  within the laboratory, and at the thirtieth day, that --
4  anything left over is then considered expired and then a new
5  standard needs to be made in the exact same procedure.
6  Q    With regard to Defendant's [sic] Exhibit 10, what were the
7  results -- the one we have in front of us -- what were the
8  results of the standard when you ran it?  And maybe you could
9  refer us to where we would see that.
10 A    If you were to go on page number fourteen, you would see
11 that was the first -- first shot of the standard, and you can
12 see the area count two ninety-eight point nine seven [298.97],
13 and then on page number fourteen -- number fifteen, you look in
14 the middle is -- when that is done, it says, okay, well, at two
15 ninety-eight point nine seven [298.97], we call it one hundred
16 percent, that area of response is then considered one hundred.
17 Then we do the second shot, which is then annotated on page
18 sixteen, an area count of two ninety-nine point four nine
19 [299.49], will then give you a purity of one hundred point one
20 percent, meaning that the -- the instrument and the standard is
21 saying that at two ninety-nine point four [299.4], at that
22 particular concentration, that's a one hundred percent
23 response, which is what you're looking for.
24                          (Pause)
25 Q    Has the DEA Western Lab ever had its quantitative