IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>PETRO SNEGIREV,<br><br>Defendant | CASE NO. A05-0024-CR (JWS) |

**NOTE FROM THE JURY**

YOUR HONOR,

As to Count 2:

Can we consider possession separate from intent to distribute? or must it be dealt with as a whole context.

DATED at _____ Anchorage, Alaska on _____ June _____, 2005
                                       Month/Day

TIME: 12:25                # 12
                           JUROR NUMBER

Exhibit K-1