# INSTRUCTION NO. 5
## 3.6 [MOD] WHAT IS EVIDENCE

The evidence from which you are to decide what the facts are consists of:

(1) the sworn testimony of any witness, and

(2) the exhibits which have been received into evidence.

Exhibit J, p.1

# INSTRUCTION NO. 11
## 9.13 CONTROLLED SUBSTANCE—
## POSSESSION WITH INTENT
## TO DISTRIBUTE

The defendant is charged in Count 2 of the indictment with possession of methamphetamine with intent to distribute in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly possessed methamphetamine; and

Second, the defendant possessed it with the intent to deliver it to another person.

To "possess with intent to distribute" means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.



Exhibit J, p2

## INSTRUCTION NO. 13

## 7.2 CONSIDERATION OF EVIDENCE

Your verdict must be based solely on the evidence and on the law as I have given it to you in these instructions. However, nothing that I have said or done is intended to suggest what your verdict should be—that is entirely for you to decide.