NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  3:05-cr-00024-JWS |
| ) | |
| Plaintiff,    ) | |
| ) | MOTION FOR 30-DAY |
| vs.    ) | EXTENSION OF TIME TO FILE |
| ) | ANSWER TO AMENDED |
| PETRO SNEGIREV,    ) | 28 U.S.C. § 2255 PETITION |
| ) | |
| Defendant,    ) | |
| ) | |
| ) | |

COMES NOW the United States of America, by and through Assistant United States Attorney James A. Goeke, and hereby files this motion seeking a 30-day extension of time to file its answer to the defendant's Amended 28 U.S.C. § 2255 Petition.  The United States' Answer and response to the defendant's Amended § 2255 Petition is currently due on December 7, 2007.  The

United States requests an extension of time until January 7, 2007 to respond to the defendant's Amended § 2255 Petition.  The undersigned has spoken to Linda A. Webb, counsel for the defendant, and the government's motion is unopposed.  The Court previously granted, and the government did not oppose, two previous motions by the defendant for extensions of time.

The United States makes this request to allow the undersigned sufficient time to review the defendant's motion and prepare an appropriate response.  Due to the press of business the undersigned has not had a sufficient opportunity to adequately review the file and prepare a response to the defendant's motion.

RESPECTFULLY SUBMITTED this 30th day of November, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ James A. Goeke
JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007,
a copy of the foregoing
MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE RESPONSE TO
28 U.S.C. § 2255 PETITION
was served electronically on:

Linda A. Webb

  s/ James A. Goeke