IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00024-JWS |
| ) | |
| Plaintiff, ) | |
| ) | PROPOSED ORDER FOR 30-DAY |
| vs. ) | EXTENSION OF TIME TO FILE |
| ) | ANSWER TO AMENDED |
| PETRO SNEGIREV, ) | 28 U.S.C. § 2255 PETITION |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

Having considered the government's MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER TO AMENDED 28 U.S.C. § 2255 PETITION,

The government's motion is granted. The United States' Answer to the defendant's Amended 28 U.S.C. § 2255 Petition is due on January 7, 2007.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007 at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE