MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *PETRO SNEGIREV*

THE HONORABLE JOHN W. SEDWICK          3:05-cr-00024-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 7, 2008

---

At docket 91 defendant filed a motion pursuant to 28 U.S.C. § 2255 which was supplemented by his motion at docket 106. The motion was briefed, and thereafter, the magistrate judge filed a report recommending that the motion be denied. No objections have been filed.

This court reviews the recommendations from the magistrate judge as follows: All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*. All recommended findings of fact as to which no objection is taken are reviewed for clear error. Applying the aforesaid standards of review, this court holds that Magistrate Judge Roberts recommended findings of fact and conclusions of law are correct. This court adopts them, and based thereon, the motion at docket 91 is **DENIED**.