**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

United States of America,
    Plaintiff,

v.

PETRO SNEGIREV,
    Defendant.

Case Number 3:05-CR-00024-JWS
(3:07-CV-00107-JWS)

**JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.


APPROVED:


/s/ JOHN W> SEDWICK
United States District Judge

  March 7, 2008                              Ida Romack
Date                                           Clerk of Court


                                                          Chad Wilts


[305cr24JWS Judgment on 2255]