Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cr-00024(JWS) |
| Plaintiff, | |
| vs. | |
| PETRO SNEGIREV, | |
| Defendant | |

**APPLICATION FOR CERTIFICATE OF APPEALABILITY**

COMES NOW Defendant Petro Snegirev, by and through his counsel of record, Hagans, Ahearn & Webb, and moves this court for a Certificate of Appealability pursuant to 28 U.S.C.§ 2253(c)(1)(B)(2)(3) from an Order entered by this Court on March 7, 2008, at Docket No. 114, denying his Motion To Vacate, Satisfy, or Correct Sentence Pursuant to 28 U.S.C.§2255, on the grounds of ineffective assistance of trial counsel.

This Motion is based upon the appended Memorandum of Law and the pleadings and exhibits in this case.

Dated at Anchorage, Alaska this 18th day of March, 2008

Hagans, Ahearn & Webb
Counsel for Defendant

_____/Linda A. Webb
Linda A. Webb
Alaska Bar No. 8806148


CERTIFICATE OF SERVICE:

This is to certify that on March 18, 2008,
a copy of this document was
delivered electronically to :


James. A. Goeke
Asst U. S. Atty
U.S.Attorney's Office
222 W. 7th., #9
Anchorage, Alaska 99501

_____/Linda A. Webb
Linda A. Webb

Page 2

*United States v. Snegirev*, Case No. 3:05-cr-24
Application For Certificate of Appealability