Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETRO SNEGIREV, ) | |
| Defendant. ) | |
| ) | Case No. 3:05-cr-00024(JWS) |
| ) | |

MEMORANDUM OF LAW IN SUPPORT OF
APPLICATION FOR CERTIFICATE OF APPEALABILITY

A certificate of appealability will issue only if the Petitioner presents an issue of substance or makes a substantial showing of a denial of a federal right.  <u>Barefoot v. Estelle</u>, 463 U.S. 880.893 n.4 (1983).  A susbstantial showing is a showing that issues are debatable among reasonable jurists, that a court could resolve the issues differently, or that the issues deserve further proceedings.  <u>Cox v. Norris</u>, 133 F. 3d 560, 569 (8th Cir. 1997).

Defendant's sole issue is based upon a claim for ineffective assistance of counsel on the grounds that trial counsel failed to call the confidential informant as a trial witness in order to discredit his credibility, failed to challenge the DEA expert laboratory analysis at trial, and failed to assert any defense including entrapment and/or outrageous conduct by government agents when they relied upon a confidential witness who was incarcerated and agreed to give information against Defendant in order to be released from jail, thereby, denying Defendant's 6th Amendment federal constitutional right to effective assistance of counsel.  This Court denied Defendant's Petition on the grounds that he had made no showing of prejudice as required by <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

The Court found that Defendant was not prejudiced by his trial attorney regarding his failure to call the confidential witness at trial, for his failure to cross examine or make any challenge to the DEA laboratory analysis and the DEA chemist witness at trial, and failure to raise any defense for the Defendant, including entrapment and/or outrageous conduct by law enforcement personnel.

No evidentiary hearing was held.  It is Defendant's contention that reasonable minds could differ as to whether trial counsel provided an effective assistance of counsel at trial which should have been an advesarial test of the prosecution's case when the above failures of counsel provided no adversarial confrontation.  For the foregoing reasons, Defendant requests this Court issue a Certificate of Appealability on the grounds that reasonable jurists could resolve his issues differently.

Dated at Anchorage, Alaska this 18th day of March, 2008.

          HAGANS AHEARN & WEBB
          Attorneys for Defendant

By: /s/Linda A. Webb
    Linda A. Webb
    Alaska Bar No. 8806148
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this  18th day of March,2008, on:

James A. Goeke
Asst. U. S. Attorney
Office of the U. S. Attorney
222 West 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


    /s/Linda A. Webb
Linda Anna Webb