Linda A. Webb
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cr-24 |
| Plaintiff, | |
| vs. | |
| PETRO SNEGIREV, | |
| Defendant | |

NOTICE OF APPEAL

Defendant, Petro Snegirev, by and through counsel, HAGANS, AHEARN & WEBB, gives notice to the court of an appeal of the decision rendered by the District Court denying his 28 U.S.C. § 2255 Petition, dated March 7, 2008. Petitioner's Motion for Certificate of Appealability was granted on March 20, 2008 at Docket Number 116.

Dated at Anchorage, Alaska this 4th day of April, 2008.

HAGANS AHEARN & WEBB

                   Attorneys for Defendant

By: /s/Linda A. Webb
   Linda A. Webb
   Alaska Bar No. 8806148
   HAGANS, AHEARN & WEBB
   310 K Street, Suite 400
   Anchorage, AK  99501
   (907) 276-5294:  Phone
   (907) 276-8732:  Fax
   E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 4th day of April 2008, on:

James Goeke, Esq.
Asst. U. S. Attorney
Office of the U. S. Attorney
222 West 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


/s/Linda A. Webb
Linda Anna Webb