Linda A. Webb
HAGANS, AHEARN & WEBB
745 W. 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cr-24 |
| Plaintiff, | |
| vs. | |
| PETRO SNEGIREV, | |
| Defendant | |

NOTICE TO APPELLEE OF ORDERING OF TRANSCRIPT

Defendant, Petro Snegirev, by and through counsel, HAGANS, AHEARN & WEBB, gives notice to Appellee that Appellant has order the entire transcript of the trial and sentencing hearing in the above captioned case to be used for the appeal.

Dated at Anchorage, Alaska this 14th day of April, 2008.

HAGANS AHEARN & WEBB

                                                                     Attorneys for Defendant

By: /s/Linda A. Webb
Linda A. Webb
Alaska Bar No. 8806148
HAGANS, AHEARN & WEBB
745 W. 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 14th day of April 2008, on:

James Goeke, Esq.
Asst. U. S. Attorney
Office of the U. S. Attorney
222 West 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


   /s/Linda A. Webb
Linda Anna Webb