UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
APR 21 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**08-30118**

**CASE INFORMATION:**
Short Case Title: <u>USA v Snegirev</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>JOHN W. SEDWICK-3:05-cr-00024-JWS</u>
Date Complaint/Indictment/Petition Filed: <u>3/15/05</u>
Date Appealed Order/Judgment *entered*: <u>3/07/08</u>
Date NOA *filed*: <u>4/7/08</u>
COA Status (check one):
 <u>X</u> granted in full (attach order)    __denied in full (send record)
 __granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  <u>Sharon Fueller-907-677-6100; Elisa Singleton-907-677-6100</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _    Date Docket Fee billed: _
Date FP granted: _          Date FP denied: _
Is FP pending? _no          Was FP Limited/Revoked?
US Government Appeal?  _no
Companion Cases?  Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:

**Linda A. Webb**                **James A. Goeke**
Hagans Ahearn & Webb            U.S. Attorney's Office (Anch)
310 K. Street, Suite 400        222 West 7th Avenue, #9
Anchorage, AK 99501             Anchorage, AK 99513

__retained   <u>X</u> CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _        Address: _
Custody: _            Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form:  <u>Nancy Lealaisalanoa-907-677-6122.</u>