UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
APR 28 2008
CLERK, U.S. ___ COURT
ANCHORAGE, A.K.

U.S. Court of Appeals # _____    U.S. District Court # 3:05-cr-00024(JWS)
Short Case Title  U.S.A. v. Peter Snegirev
Date Notice of Appeal Filed by Clerk of District Court _____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 11/17/05 | Sentencing Hearing | VOIR DIRE |
| | | OPENING STATEMENTS |
| 6/13-14/05 | Entire Trial Transcript | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | ✓ OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  4/14/08      Estimated Date for Completion  5/1/08
Signature of Attorney  F.L. Webb       Phone Number (907) 276-5294
Address 745 W. 4th Ave #304 Anchorage Alaska 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____  Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

Certificate of Service:
I certify that copies of this document were served on April 28, 2008 by mail to:
F.L. Webb

James Goeke ESQ
222 W. 7th Ave #9
Room 253
Anchorage AK 99513