RECEIVED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-35336 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:05-CR-00024-JWS |
| v. | District of Alaska, Anchorage |
| PETRO SNEGIREV, | |
| Defendant - Appellant. | ORDER |

The appellee's motion for an extension of time in which to file the answering brief is granted. The answering brief is due October 21, 2008. Any further request for an extension of time to file this brief is disfavored. The optional reply brief is due within 14 days after service of the answering brief.

    For the Court:
    MOLLY C. DWYER
    Clerk of the Court

    Teresa A. Haugen, Deputy Clerk
    9th Cir. R. 27-7/Advisory Note to R. 27
    and 9th Cir. R. 27-10

TAH/Pro Mo